IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IAN HUMPHREY,

    Plaintiff,  JUDGMENT IN A CIVIL CASE

 v.  Case No. 16-cv-370-jdp

NAVIENT SOLUTIONS, INC.,

    Defendant.

    This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Navient Solutions, Inc. against plaintiff Ian Humphrey granting defendant's motion for summary judgment and dismissing this case.

| s/ K. Frederickson, Deputy Clerk | September 13, 2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |