No. 3:16-cv-00370

IN THE UNITED STATES
DISTRICT COURT FOR
THE WESTERN DISTRICT
OF WISCONSIN

Ian Humphrey

        Plaintiff-Appellant,

                v.

Equifax Information Services LLC, Trans Union LLC, Experian Information Solutions INC., Navient Solutions INC.

        Defendants-Appellees,

## NOTICE OF APPEAL

Notice is hereby given that Ian Humphrey, the plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 7th Circuit from an order denying reconsideration of summary judgment, in favor of Defendant Navient Solutions INC., and disposing of the case for all defendants in this action on the 14th day of March 2018.

Ian Humphrey

200 S. Jefferson St.

Verona, WI 53593

(608)535-9110

*Ian Humphrey*   3/15/2018