IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

IAN HUMPHREY,

                        Plaintiff,                   SPECIAL VERDICT

   v.

NAVIENT SOLUTIONS, INC.,                   16-cv-370-jdp

                        Defendant.

---

We, the jury, for our special verdict, do find as follows:

**QUESTION 1:** Did defendant Navient Solutions, Inc. fail to conduct a reasonable investigation in response to any of the following notices:

| | |
|---|---|
| July 2, 2014 notice from Equifax: | **Yes** (Yes or No) |
| July 3, 2014 notice from Experian: | **Yes** (Yes or No) |
| July 8, 2014 notice from Trans Union: | **Yes** (Yes or No) |
| August 2014 notice from Trans Union: | **Yes** (Yes or No) |
| November 2014 notice from Innovis: | **Yes** (Yes or No) |
| April 2015 notice from Equifax: | **Yes** (Yes or No) |
| September 2015 notice from Trans Union: | **Yes** (Yes or No) |

*If you answered YES to Question 1 as to any of the notices, answer Question 2. If you answered NO as to all notices, do not answer any more questions.*

**QUESTION 2:** Was Navient's failure to conduct a reasonable investigation a substantial factor in causing harm to Humphrey?

    ANSWER:     **Yes** (Yes or No)

*If you answered YES to Question 2, answer Question 3. If you answered NO to Question 2, do not answer any more questions.*

**QUESTION 3:** What amount of money, if any, would fairly and adequately compensate Humphrey for the harm caused by Navient's violation of his rights?

ANSWER: $ 180,000

*If you answered YES to Question 2, answer Question 3. If you answered NO to Question 2, do not answer any more questions.*

**QUESTION 4:** Was Navient's violation of Humphrey's rights willful?

ANSWER: _____ ((Yes) or No)

*If you answered YES to Question 3, answer Question 4. If you answered NO to Question 3, do not answer Question 4 and proceed to Question 5.*

**QUESTION 5:** What amount of money, if any, do you award as punitive damages against Navient?

ANSWER: $ 120,000

_____
Presiding Juror

Madison, Wisconsin

Date: 8/7/2019

2