IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IAN HUMPHREY,

    Plaintiff,

v.

TRANSUNION, LLC, NAVIENT SOLUTIONS,
INC., EQUIFAX INFORMATION SERVICES LLC,
and EXPERIAN INFORMATION SOLUTIONS,
INC.,

    Defendants.

Case No. 16-cv-370-jdp

## AMENDED JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Ian Humphrey against defendant Navient Solutions, Inc., awarding compensatory damages in the amount of $180,000 in accordance with the jury's verdict on Humphrey's claim under 15 U.S.C. § 1681s-2 that Navient failed to reasonably investigate disputes that Humphrey's accounts under the Federal Family Education Loan Program were inaccurately identified as past due in December 2012 and from July 2013 to December 2013. In all other respects, judgment is entered in favor of Navient.

IT IS FURTHER ORDERED AND ADJUDGED that Humphrey's claims against defendants Transunion, LLC, Equifax Information Services LLC, and Experian Information Solutions, Inc. are dismissed.

Approved as to form this __15TH__ day of January, 2020.

_____
James D. Peterson
District Judge

_____    __1/15/20__
Peter Oppeneer                                              Date
Clerk of Court